IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CARLA PULLEY | ) |
| | ) |
| v. | ) NO. 1-11-0088 |
| | ) JUDGE CAMPBELL |
| LAWRENCE COUNTY | ) |
| EMERGENCY COMMUNICATIONS | ) |
| DISTRICT (911 BOARD) | ) |

ORDER

The parties have filed an Agreed Order of Dismissal (Docket No. 14), indicating that all matters herein have been resolved. Accordingly, this action is DISMISSED with prejudice, and the Clerk is directed to close the file.

The pretrial conference set for January 7, 2013, and the jury trial set for January 15, 2013, are canceled. Any pending Motions are denied as moot. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

```
                                         _____
                                         TODD J. CAMPBELL
                                         UNITED STATES DISTRICT JUDGE
```